ROSE SUTHERLAND et al., Appellants, *v.* NEW YORK POLYCLINIC MEDICAL SCHOOL AND HOSPITAL, Respondent.

Submitted November 29, 1948; decided December 3, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 682.]

RICHARD APPIER, Respondent, *v.* GERTRUDE T. MILLION et al., a Partnership Doing Business under the Name of THORNTON COMPANY et al., Appellants.

Submitted November 29, 1948; decided December 3, 1948.

*Charles S. Wilcox* and *Frank L. D'Arcy* for motion.
*Charles J. Engel* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.